TODD C BANK, individually and on behalf of all others similarly situated

*Plaintiff*

vs

EVAN T SIRLIN

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:18 CV-04536-WFK-JO
DATE FILED: 08/24/2018
Job #: 485889
Client File#

TODD C BANK, ATTORNEY AT LAW
119-40 UNION TPKE 4TH FL
KEW GARDENS, NEW YORK 11415

CLIENT'S FILE NO.:

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

MITCHELL TROSTERMAN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 08/27/2018 at 3:46 PM at 1344 HUCKLEBERRY LANE, HEWLETT, NY 11557 deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT on EVAN T SIRLIN therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with JOCELYN P. HOUSEKEEPER a person of suitable age and discretion at 1344 HUCKLEBERRY LANE, HEWLETT, NY 11557 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT on 08/28/2018 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 1344 HUCKLEBERRY LANE, HEWLETT, NY 11557
Deponent previously attempted to serve the above named individual on

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** 131-160 Lbs., **Approx Height:** 5' 4" - 5' 8", **Sex:** Male, **Approx Skin:** White, **Approx Hair:** Black

**Other:**

Deponent spoke to JOCELYN P.
Inquired as to the EVAN T SIRLINs place of residence and received a positive reply and confirmed the above address of EVAN T SIRLIN and asked whether EVAN T SIRLIN was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the EVAN T SIRLIN always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the EVAN T SIRLIN is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 08/28/2018
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



MITCHELL TROSTERMAN

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373