UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TODD C. BANK, Individually                  18-cv-04536-WFK-JO
and on Behalf of All Others
Similarly Situated,                            **CERTIFICATE OF DEFAULT**
              Plaintiff,

    - against –

EVAN T. SIRLIN,

              Defendant.
-----------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Evan T. Sirlin have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant Evan T. Sirlin is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York                  Douglas C. Palmer, Clerk of the Court
         September 28, 2018

                                                        By: *Jalitza Poveda*_____
                                                             Deputy Clerk