UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff*,<br><br>-against-<br><br>EVAN T. SIRLIN,<br><br>*Defendant*. | 1:18-cv-04536-WFK-JO |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Todd C. Bank and exhibits thereto, the accompanying memorandum of law, and all other pleadings and proceedings herein, Plaintiff, Todd C. Bank, will move this Court, on a date and at a time to be designated by the Court, before William F. Kuntz, II, United States District Judge, for an Order: (1) pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Rules of the Eastern District of New York, for a default judgment against Defendant, Evan T. Sirlin; (2) granting Plaintiff permission to engage in class-certification discovery pursuant to Rule 45 of the Federal Rules of Civil Procedure; and (3) granting Plaintiff any additional relief that the Court deems just and proper.

Dated: October 4, 2018

  s/ *Todd C. Bank*
TODD C. BANK
 ATTORNEY AT LAW, P.C.
Todd C. Bank
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiff*