TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com							tbank@toddbanklaw.com

May 14, 2019

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Judge William F. Kuntz, II

    Re: **Todd C. Bank v. Evan Sirlin**
      **Case No. 1:18-cv-04536-WFK-JO**

Dear Judge Kuntz:

 On August 10, 2018, I commenced the above-referenced action by filing a Complaint (Dkt. No. 1).

 On August 24, 2018, I filed an Amended Complaint (Dkt. No. 8).

 On August 27, 2018, I filed proof of service (Dkt. No. 10).

 On September 20, 2018, I filed a Request for Certificate of Default (Dkt. No. 11).

 On September 28, 2018, the Clerk issued a Certificate of Default (Dkt. No. 12).

 On October 4, 2018, I filed a motion for a Default Judgment (Dkt. No. 13) and a memorandum of law in support thereof (Dkt. No. 14).

 On December 12, 2018, the Court issued a text order stating, in full: "ORDER denying [13] Motion for Default Judgment. So Ordered by Judge William F. Kuntz, II on 12/12/2018."

 On December 12, 2018, I filed a renewed notice of motion for the Default Judgment (Dkt. No. 16) and a declaration with exhibits that I had inadvertently not included in my original motion.

 On May 13, 2019, the Court issued a text order stating, in full: "ORDER denying [16] Motion for Default Judgment. So Ordered by Judge William F.Kuntz, II on 5/13/2019."

 As the text order of May 13, 2019, does not provide an explanation for the denial of the motion,  I am aware of no option other than to file a petition for a writ of mandamus in the Court of Appeals, which, barring such explanation by May 17, I intend to do.

Sincerely,

 s/ *Todd C. Bank*

Todd C. Bank