

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TODD C. BANK,

        Plaintiff,

v.

EVAN T. SIRLIN,

        Defendant.
------------------------------------------------------------X

**DECISION & ORDER**
18-CV-4536 (WFK) (JO)

**WILLIAM F. KUNTZ, II, United States District Judge:**

Upon careful review of the record, the Court finds the Complaint filed in the above-captioned action to be without merit. Accordingly, the Complaint is hereby dismissed. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2019
       Brooklyn, New York