**MANDATE**

E.D.N.Y. – Bklyn
18-cv-4536
Kuntz, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand nineteen.

Present:
> Richard C. Wesley,
> Debra Ann Livingston,
> Joseph F. Bianco,
> > *Circuit Judges.*

---

In Re: Todd C. Bank,                                                                                  19-2129

> *Petitioner.*

---

Petitioner requests a writ of mandamus directing the district court to schedule a conference pursuant to Fed. R. Civ. P. 16 and explain why it denied his three motions for default judgment. It is hereby ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails, within 90 days of the date of this order, to either schedule a conference, issue a written ruling explaining why it denied Petitioner's motions for default judgment, dismiss the complaint, or take other similar action to allow this case to proceed.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

*[signature and seal: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*

MANDATE ISSUED ON 12/11/2019