**TODD C. BANK, ATTORNEY AT LAW, P.C.**
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                                                   tbank@toddbanklaw.com

December 16, 2019

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Judge William F. Kuntz, II

                Re:    Todd C. Bank v. Evan Sirlin
                       Case No. 1:18-cv-04536-WFK-JO

Dear Judge Kuntz:

     I am the plaintiff in the above-referenced matter, and write this letter regarding the December 10, 2019, order (Dkt. No. 21), which states, in full:

> Upon careful review of the record, the Court finds the Complaint filed in the above-captioned action to be without merit. Accordingly, the Complaint is hereby dismissed. The Clerk of Court is respectfully directed to terminate this case.

     Please explain the grounds upon which the Court found that "the Complaint . . . [is] without merit."

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank